✓# 639315  =#128313

FILED
2010 FEB 25 PM 2: 4

BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:        *        CASE # 04-70438 W
                                    CHAPTER 13
             *

Howell, James Lee
Debtor        *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 608318 | Pierson Family Med Urgent Care<br>P O Box 149<br>Lima, OH 45802-0149 | 6.82 | 10/30/09 |

     2. Your trustee's check #639315 for a total of $ 6.82 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 02/24/10

                                             John P. Gustafson
                                             Trustee in Bankruptcy